# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

| | |
|---|---|
| In Re: Felix Armando Cuba<br>　　　　　　　　*Debtor(s)*<br>------------------------------------------/ | Chapter 13<br>Case No. 25-10794-LMI |

## MIAMI-DADE TAX COLLECTOR'S
## NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

DARIEL FERNANDEZ, as Tax Collector of MIAMI-DADE, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE Tax Collector, pursuant to Chapter 197, Florida Statutes.

Date: 04/23/2025

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| KEYS FUNDING LLC - 5023 53510 | PO BOX 71540, PHILADELPHIA, PA 19176-1540 | 04-3108-001-0470 | 2022, 2023, 2024 | 250538 | $19,985.83 | 18% |

　　　The certificate amount reflects the certificate amount due as of the date on this form.   The claim of the MIAMI-DADE Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.   **The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2)*.   The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders.   The addresses of the certificate holders are set forth in the Certificate of Service.

## CERTIFICATE OF SERVICE

　　　I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:

The Certificate Holder(s) listed above
The United States Bankruptcy Court, Middle District of Florida,
Attorney for the Debtor: Jose A Blanco, jose@blancopa.com
Trustee: Nancy K. Neidich, Esq., P.O. Box 279806, Miramar, FL    33027-4452, e2c8f01@ch13herkert.com

　　　　　　　　　　　　　　　　　　　　　　　DARIEL FERNANDEZ
　　　　　　　　　　　　　　　　　　　　　　　TAX COLLECTOR
　　　　　　　　　　　　　　　　　　　　　　　MIAMI-DADE COUNTY

　　　　　　　　　　　　　　　　　　　　　　　By: _/s/__Wendy Montoya
　　　　　　　　　　　　　　　　　　　　　　　Paralegal
　　　　　　　　　　　　　　　　　　　　　　　Legal Services Division
　　　　　　　　　　　　　　　　　　　　　　　200 NW 2nd Avenue
　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33128
　　　　　　　　　　　　　　　　　　　　　　　305-375-5314 - Fax (305) 375-4601
　　　　　　　　　　　　　　　　　　　　　　　Email: WendyMontoya@mdctaxcollector.gov
　　　　　　　　　　　　　　　　　　　　　　　Email: MDTCBKC@miamidade.gov