IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                              CHAPTER 13

FELIX ARMANDO CUBA                                             CASE No. 25-10794-LMI

        DEBTOR.
_____/

**MOTION TO LIFT THE AUTOMATIC STAY**
Subject Property: 758 E 20th Street, Hialeah, FL 33013

COMES NOW Sachem Capital Corp., and its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel moves this Honorable Court to lift the automatic stay herein and requests adequate protection on the following grounds:

1. The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. § 362 and other applicable law and the Bankruptcy Rules.

2. On January 25, 2025, the Debtor, Felix Armando Cuba (the "Debtor"), filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code before the United States Bankruptcy Court for the Southern District of Florida, Miami Division in the case styled as *In re Felix Armando Cuba*, Case No. 25-10794- LMI (the "Bankruptcy Case").

3. Prior to the Petition Date, on November 22, 2024, the Circuit Court of the Eleventh Judicial District for Miami-Dade County, Florida entered a Final Judgment of foreclosure in favor of the Secured Creditor in the amount of $629,612.04 (the "Final Judgment"), with respect to real property located at 758 E. 20th Street, Hialeah, Florida 33013 (the "Property"), which is legally described as:

LOT 9 LESS WEST 11.92 FEET AND WEST 21.44 FEET OF LOT 10, ALL OF WHICH IS IN BLOCK 27B, TOGETHER WITH 6 FOOT OF ALLEY LYING SOUTH AND ADJACENT THERETO, OF AMENDED PLAT OF THE AMENDED PLAT OF THIRTEENTH ADDITION TO HIALEAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, AT PAGE 26, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Our Case #: 23-000298/25-10794-LMI/SCC

A true and correct copy of the Final Judgment is attached hereto as Exhibit A.

4. Pursuant to a valuation of Miami Dade Property Appraiser, the current market value of the property is $445,865.00.00. A true and correct copy of that appraisal is attached hereto as Exhibit B. Accordingly, there is no equity in the Property based on the Final Judgment amount.

5. On January 25, 2025, the Debtor filed the Chapter 13 Plan (Doc. 2) (the "Plan"), which proposes to pay the Secured Creditor a total amount of arrearages in the amount of $180,000.00 and a monthly payment of $5,000.00, however, the Final Judgment reflects that arrearages are greater than $220,000.00.

6. On the Debtor's Schedule I and Form 122C-1 (Doc. 1), the Debtor indicates that his monthly income is $0.00. Accordingly, the Debtor will not be able to make the proposed payments under the Plan.

7. The automatic stay provisions of Section 362 of the Bankruptcy Code should be lifted or modified to permit Secured Creditor to enforce its rights under the Final Judgment, because the Debtor continues to possess the Property subjecting the collateral to further depreciation and risk of loss when there is no equity in the Property and the Debtor does not have the income to make the payments under the Proposed Plan.

8. All conditions precedent to the institution of this action have occurred.

9. Secured Creditor has incurred attorney's fees of $1,350.00 and costs in the amount of $199.00 as a result of the necessity of filing this Motion. Secured Creditor's attorney's fees and costs are recoverable as part of the debt pursuant to the loan documents.

10. A good faith effort was made or will be made by the moving party to resolve the issues raised in this motion.

11. Secured Creditor respectfully requests that the Court waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3), so that Secured Creditor can pursue its *in rem* remedies without further delay.

WHEREFORE, Secured Creditor moves for the following:

A) An order granting relief from the stay permitting Secured Creditor to institute or conclude proceedings to foreclose the Mortgage.

B) If the Court does not see fit to grant relief from the stay as requested herein, Secured Creditor prays for an Order conditioning the continuation of the stay upon the Debtor's furnishing to Secured Creditor periodic payments under the instruments.

C) That Secured Creditor's attorney's fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor.

D) Such other and further relief as to the Court may appear just and proper.

        **Tromberg, Morris & Partners, PLLC**

**BY:** /s/ April Hosford Stone
     Attorney for Secured Creditor
     600 West Hillsboro Boulevard
     Suite 600
     Deerfield Beach, FL 33441
     Telephone #: 561-338-4101
     Fax #: 561-338-4077
     FBN 0091388
     ecf@tmppllc.com
     astone@tmppllc.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 25, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
eservice@blancopa.com

Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

OFFICE OF THE US TRUSTEE, U.S. TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130
jtabas@tabassoloff.com

On April 25, 2025, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Felix Armando Cuba
758 E 20th Street
Hialeah, FL 33013

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

      **Tromberg, Morris & Partners, PLLC**

      **BY:** /s/ April Hosford Stone
           Attorney for Secured Creditor
           600 West Hillsboro Boulevard
           Suite 600
           Deerfield Beach, FL 33441
           Telephone #: 561-338-4101
           Fax #: 561-338-4077
           FBN 0091388
           ecf@tmppllc.com
           astone@tmppllc.com

Our Case #: 23-000298/25-10794-LMI/SCC