IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CHAPTER 13

FELIX ARMANDO CUBA
                                                       CASE No.25-10794-LMI

               DEBTOR.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025, the Notice of Hearing re: Motion for Relief from Stay (Doc. 40) was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

OFFICE OF THE US TRUSTEE, U.S. TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130
jtabas@tabassoloff.com

Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
eservice@blancopa.com

On April 25, 2025, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Felix Armando Cuba
758 E 20th Street
Hialeah, FL 33013

Our Case #: 23-000298/25-10794-LMI/SCC

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                      **Tromberg, Morris & Partners, PLLC**

**BY:** /s/ April Hosford Stone
     Attorney for Secured Creditor
     600 West Hillsboro Boulevard
     Suite 600
     Deerfield Beach, FL 33441
     Telephone #: 561-338-4101
     Fax #: 561-338-4077
     FBN 0091388
     ecf@tmppllc.com
     astone@tmppllc.com