**ORDERED in the Southern District of Florida on January 14, 2026.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE:**

DEBTOR

FELIX ARMANDO CUBA
________________________________/

**CASE NO.: 25-10794-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

**AGREED ORDER ABATING THE TRUSTEE'S OBJECTION TO EXEMPTIONS**

THIS CASE came before the Court on the Trustee's Objection to Exemptions ECF 18. Based on the parties' mutual agreement, it is:

ORDERED as follows:

1. The Trustee's Objection to Exemptions is abated based on the payment to the unsecured creditors in the confirmed plan and current equity of the debtor's assets.

2. If the Debtor modifies the plan or sells the property at issue in the Trustee's objection to exemptions, the Trustee reserves the right to prosecute the Objection to Exemptions.

***

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
(954) 443-4402

Nancy K. Neidich, Esq. shall serve a copy of this order on the creditor and file a certification of service with the Clerk of the Court