UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Felix Armando Cuba                                  Case No.: 25-10794-LMI
                                                             Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the Debtor, Felix Armando Cuba, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.      On January 25, 2025, the instant case was filed.

2.      On December 11, 2025, Debtor's Fourth Amended Chapter 13 plan was confirmed.

3.      On January 16, 2026, Secured Creditor Sachem Capital Corp. filed a Motion for Relief from Stay for the homestead property located at 758 E 20th Street Hialeah, FL 33013 that is being treated and paid for in the plan.

4.      The re-notice of hearing for the Motion for Relief from Stay is set for May 5, 2026.

5.      The main basis for the Motion for Relief from Stay states that "[d]uring *the entire pendency of the Bankruptcy Case*, the Secured Creditor has maintained forced place property and flood insurance related to the Property. A list of forced place insurance charges is attached hereto as Exhibit C." *Mot. for Relief from Stay* ¶ 5 (Emphasis added).

6.      However, the list shows insurance and flood insurance charges as early as March 8, 2022, and even includes two property inspection charges, one as

early as February 11, 2022, as well as two appraisals, one as early as January 11, 2024.

7.   These and most of the charges listed were not during the entire pendency of the Bankruptcy Case as the case was filed on January 25, 2025.

8.   From the date of filing, the Debtor calculates a total of $9,888.63 (herein "Date of Filing Arrearages") of insurance and flood insurance charges up until the Debtor purchased his own insurance that was active on February 23, 2026 – February 23, 2027.

9.   A secondary basis for the Motion for Relief from Stay is that the Debtor has not made any monthly payments, but the Trustee has been receiving steady monthly payments as evidenced by the Confirmation Order and let alone the fact that the case is still active for over a year. In any event, this Motion to Modify will bring him current if there were any small arrearages owed to the Trustee.

10.   The Debtor seeks to modify his current plan in order to cure said Date of Filing Arrearages so that the Secured Creditor may be adequately protected during the pendency of the plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was

sent via ECF to the Debtor's and Nancy K. Neidich, Trustee and U.S. Mail on May 2,

2026 and to all parties on the service list.

Respectfully submitted:  
<u>May 2, 2026</u>

**Jose A. Blanco, P.A.**  
By: *<u>/s/ Jose A. Blanco</u>* | FBN: 062449  
Attorney for Debtor(s)  
102 E 49th ST  
Hialeah, FL 33013,  
Tel. (305) 349-3463  
E-mail: jose@blancopa.com