**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
**FELIX ARMANDO CUBA,** Case No. 25-10794-PDR
Debtor. Chapter 13
_____________________________________/

**NOTICE OF AMENDED SCHEDULE C AND THIRTY-DAY DEADLINE TO OBJECT TO HOMESTEAD EXEMPTION**

1. Debtor Felix Armando Cuba gives notice pursuant to Bankruptcy Rules 1009(a) and 4003(b)(1), and SDFL Local Rule 4003-1, of his filed Amended Schedule C asserting an exemption for his undivided interest in the residence at 758 E. 20th Street, Hialeah, Florida 33013 (folio no. 04-3108-001-0470).

2. Amended Schedule C (ECF No. 134) was filed on October 21, 2026. The claim is made under article X, section 4(a)(1) of the Florida Constitution and 11 U.S.C. § 522(b)(3)(A), subject to applicable limitations, including any judicial determination of § 522(p).

3. The Property was disclosed in Schedule A/B in the original petition; the original Schedule C did not separately designate the residence as exempt. The amendment corrects the omitted homestead claim; it does not alter the recorded ownership or avoid any lien.

4. Ordinarily, objections under Bankruptcy Rule 4003(b)(1) must be filed within 30 days of the later of the conclusion of the § 341 meeting, filing of the amendment, or any applicable supplemental schedule. On a filing date of October 21, 2026, the ordinary deadline is FRIDAY, NOVEMBER 20, 2026, subject to any timely extension and the exceptions in Rule 4003(b).

5. The previously filed Trustee Objection to Exemptions (ECF No. 18) remains abated under ECF No. 97 and is to be separately resolved; the passage of 30 days does not, standing alone,

dispose of that pending objection. In addition, Bankruptcy Rule 4003(d)(2) permits an affected lien creditor to challenge the exemption in a § 522(f) lien-avoidance contested matter.

6. The complete legal description is:

   **LOT 9, LESS THE WEST 11.92 FEET THEREOF, AND THE WEST 21.44 FEET OF LOT 10, BLOCK 27-B, OF THE AMENDED PLAT OF THE AMENDED PLAT OF THE THIRTEENTH ADDITION TO HIALEAH, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 34, PAGE 26, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH A SIX-FOOT ALLEYWAY LYING SOUTH OF AND ADJACENT THERETO.**

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

7. IF YOU OBJECT TO THE HOMESTEAD EXEMPTION ASSERTED ON THE AMENDED SCHEDULE C, FILE AND SERVE A WRITTEN OBJECTION BY THE APPLICABLE RULE 4003(b) DEADLINE. NO COURT ORDER ALLOWING THE EXEMPTION HAS YET BEEN ENTERED.

8. Debtor will serve this notice and the filed Amended Schedule C upon the Trustee, ALL creditors and ALL indenture trustees, as required by Local Rule 4003-1; a separate certificate reflecting actual service and current creditor matrix will be filed.

Respectfully submitted,
JOSE A. BLANCO, P.A.
*/s/ Jose A. Blanco*

Jose A. Blanco, Esq. | Florida Bar No. 062449
102 E. 49th Street, Hialeah, Florida 33013
Telephone: (305) 349-3463 | E-service: eservice@blancopa.com
Counsel for Debtor Felix Armando Cuba