UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Felix Armando Cuba

Debtor(s) /

Case No.: 25-10794-LMI
Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **ORDER GRANTING DEBTOR'S MOTION TO APPROVE CONSENSUAL SALE OF HOMESTEAD REAL PROPERTY AND EXTENDING DELINQUENCY CURE DEADLINE** was sent to all parties on the attached service list on November 18, 2026.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Felix Armando Cuba
758 E 20TH ST
Hialeah, FL 33013-4142

All Creditors on the Matrix

Respectfully submitted:
November 18, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com