Label Matrix for local noticing
113C-1
Case 25-10794-PDR
Southern District of Florida
Miami
Wed Nov 18 10:04:20 EST 2026

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Keys Funding - 5032
POP Box 67513
Newark, NJ 07101-8009

Miami Dade Office of the Tax Collector
200 NW 2nd Avenue
Legal Servcies Division
Miami, Fl 33128-1733

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438-0901

Chex Systems, Inc.
ATTN: Bankruptcy Department
PO Box 583399
Minneapolis, MN 55458-3399

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102-6855

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

KEYS FUNDING LLC
PO BOX 71540,
PHILADELPHIA, PA 19176-1540

Kyle Robert Melanson
Tromberg, Morris & Partners, PLLC
600 W Hillsboro Blvd Ste 600
Deerfield Beach, FL 33441-1686

Nissan Motor Acceptanc
ATTN: Bankruptcy Department
P.O. BOX 660360
Dallas, TX 75266-0360

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Paula Levy Parkes
Wolfe & Wyman LLP
301 E Las Olas Blvd Ste 200
Fort Lauderdale, FL 33301-2254

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Sachem Capital Corp.
ATTN: Bankruptcy Department
568 E Main St
Branford, CT 06405-2960

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

Westlake Portfolio Management, LLC
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

Felix Armando Cuba
758 E 20TH ST
Hialeah, FL 33013-4142

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
Po Box 7999
St. Cloud, MN 56302-9617 United States

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Honorable Markenzy Lapointe
US Attorney for Southern District
99 NE 4 St
Miami, FL 33132

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sachem Capital Corp.

(u)Miami

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients 31
Bypassed recipients 3
Total 34